**hanson** Inc
**photography**
3564 South Main
S.L.C. UT. 84115
tel. 435.90.4451  fax. 801.266.8444

[ ]Estimate  [x]Invoice #  1050

DATE 7/15/08
P.O. NUMBER
JOB NUMBER
A.D.
ART BUYER
CLIENT

## Description of Services and Rights Licensed:

TO: **Zrii LLC.**
14183 So. Minuteman Drive
Suite 201
Draper, Utah 84020

**Bill Farley - Photo Shoot - Images to be used in the magazine "Success From Home".**

Usage / License - nonexclusive limited rights granted for image(s) to be reproduced and distributed in print version of "Success From Home" magizine, one time only, between March 1, 2008 and March 31, 2010 in North America. Image(s) to be used on cover and inside magazine up to a full page. Any other usage of chosen Images (other than described here) will require a seperate License.

### Fees  Creative Fee
| | | | | |
|---|---|---|---|---|
| PRE-PRODUCTION | | | | |
| TRAVEL | $ | | PER DAY | |
| WEATHER DELAYS | $ | | PER DAY | |

### Production Charges
| | | |
|---|---|---|
| **Creative Fee** | 3,600.00 | |
| STYLIST/HAIR/MAKE-UP | Included | |
| FILM, PROCESSING | | |
| PRINTS | | |
| INSURANCE | | |
| LOCATION/STUDIO | | |
| PROPS, WARDROBE | Included | |
| RENTALS | | |
| SETS/EXPENDABLES | | |
| SHIPPING & DELIVERY | | |
| CASTING | | |
| TRAVEL | | |
| MISCELLANEOUS | | |
| | | 3,600.00 |

### Photographic Imaging Charges
Images - _DSC8880, _DSC8733, _DSC8793, _DSC8869, _DSC8753, _DSC8798

| | | |
|---|---|---|
| **Photoshop on selected Images -** | 12 hrs @ 75.00 per | 900.00 |

| | | |
|---|---|---|
| TALENT | SUBTOTAL | 4500.00 |
| OTHER | SALES TAX | 308.25 |
| TALENT FEES AND THE SCOPE OF RELEASES ARE THE SOLE RESPONSIBILITY OF CLIENT. | TOTAL | |
| | ADVANCE | |
| TERMS: Full payment is due upon your receipt of this invoice. Final billing reflects actual, not estimated expenses, plus applicable taxes. All fees and charges in this invoice are for service(s) & licensing described above. Fees for licensing of additional available rights will be quoted upon request. | **BALANCE DUE** | 4808.25 |

Late Charge _____ per month after 30 days.

Client Signature if Estimate / Studio Signature if Invoice/License  DATE

**Please make checks payable to Hanson Inc.**

Rights are licensed only upon full payment of this invoice, subject to terms and conditions on reverse.

This form Approved by Advertising Photographers of America